**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-1755**

VEENU MEHTA,

            Plaintiff - Appellant,

        v.

JOHN E. POTTER, Postmaster General of the United States
Postal Service, a Federal Agency,

            Defendant - Appellee.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.   Anthony J. Trenga,
District Judge. (1:07-cv-01257-AJT-TRJ)

Submitted:  June 4, 2010              Decided:  July 14, 2010

Before NIEMEYER, MOTZ, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Veenu Mehta, Appellant Pro Se.  Dana James Boente, Kevin J.
Mikolashek, Assistant United States Attorneys, Alexandria,
Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Veenu Mehta appeals the district court's order granting summary judgment in favor of Appellee in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Mehta v. Potter, No. 1:07-cv-01257-AJT-TRJ (E.D. Va. filed June 4, 2009 & entered June 5, 2009). We deny Mehta's motion to file a formal brief. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED